**Order entered August 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01476-CV

**THE CAPITOL LIFE INSURANCE CO., Appellant**

**V.**

**LINDA S. NEWMAN, METLIFE INVESTORS GROUP, INC., METLIFE INSURANCE COMPANY USA, AMERICAN GENERAL LIFE INSURANCE COMPANY, Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-01615**

## ORDER

Before the Court is Appellant's August 6, 2018 Motion for Rehearing.

The Court requests that Appellees MetLife Investors Group, Inc. and MetLife Insurance

Company USA file a response to the motion by **AUGUST 30, 2018**.


/s/     DAVID J. SCHENCK
            JUSTICE